IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL MAX VALADEZ,**<br><br>Petitioner,<br><br>v.<br><br>**SCOTT FRAUENHEIM, Warden,**<br><br>Respondent. | Case No. 5:19-cv-06649-BLF<br><br>**ORDER** |

Good cause appearing, respondent may have until April 20, 2020, to file a response to the Order Requesting Motion to Dismiss or Notice that Motion is Unwarranted.

Dated: March 30, 2020

The Honorable Beth Labson Freeman