UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAX VALADEZ,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>Respondent. | Case No. 19-06649-BLF (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED.**

Dated: __March 26, 2021____

BETH LABSON FREEMAN
United States District Judge